# United States Court of Appeals for the Federal Circuit

October 24, 2006

ERRATUM

Appeal No. 05-5034, -5035

INDEPENDENCE PARK APARTMENTS v. UNITED STATES

Decided:  September 15, 2006                    Precedential Opinion

Please make the following change:

Remove the following text from page 7, line 3, and place it after a space following the word "have" on page 7, line 1:

"voluntarily relinquishe[d]" a right that had already been taken by statute and had not